**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2007**

---

IISHA GARCIA,

  Plaintiff - Appellant,

  v.

MID-ATLANTIC MILITARY FAMILY COMMUNITIES LLC; LPC PROPERTY MANAGEMENT LLC,

  Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:20-cv-00308-AWA-RJK)

---

Submitted:  October 18, 2024                    Decided:  November 15, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Iisha Garcia, Appellant Pro Se.  William Thomas Chappell, Jennifer L. Eaton, Richard Hooper Ottinger, WOODS ROGERS VANDEVENTER BLACK PLC, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iisha Garcia appeals the district court's order denying her postjudgment motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Garcia v. Mid-Atlantic Mil. Fam. Comty. LLC*, No. 2:20-cv-00308-AWA-RJK (E.D. Va. Sept. 12, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*